IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EUGENE WHITE**                                                                                                      **PLAINTIFF**

v.                              **Case No. 3:11-cv-20-DPM**

**MIKE ALLEN, Officer, Crittenden
County Detention Facility, and T.
BONNER, Chief Jailer, Crittenden
County Detention Facility**                                                  **DEFENDANTS**

### ORDER

In its 14 February 2011 Order, *Document No. 4*, the Court denied Eugene White's application to proceed *in forma pauperis*. The Court gave White thirty days to either file a properly completed application to proceed *in forma pauperis* or to pay the full $350.00 filing fee. The Court warned that failing to do so would result in the dismissal of White's complaint without prejudice under Local Rule 5.5(c)(2). It is now early June, and White has taken no further action. His complaint is therefore dismissed without prejudice. Local Rule 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 June 2011