IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**EUGENE WHITE**  PLAINTIFF

v.  Case No. 3:11-cv-20-DPM

MIKE ALLEN, Officer, Crittenden
County Detention Facility, and T.
BONNER, Chief Jailer, Crittenden
County Detention Facility  DEFENDANTS

JUDGMENT

Eugene White's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 June 2011